

**Entered on Docket
November 12, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

**E-FILED NOVEMBER 8, 2010**

Attorneys for WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| KYLE EIGENMAN and | ) Case No. S-10-13890-MKN |
| LEANH EIGENMAN, | ) |
| | ) Hearing Date:  November 3, 2010 |
| Debtors, | ) Hearing Time: 1:30 p.m. |
| | ) |
| | ) Location:   Foley Federal Building |
| | )            Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY and its successors and/or assigns came on regularly for hearing before this court on November 3, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

///

1  IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real
2  property commonly known as 9121 Hines Avenue, Las Vegas, NV 89143.

3  SUBMITTED BY:

5  /s/ *Kevin Hahn*
   KEVIN HAHN
6  Nevada Bar No. 9821
   608 South 8th Street
7  Las Vegas, NV 89101
   Attorneys for WELLS FARGO BANK, NA dba
8  AMERICA'S SERVICING COMPANY

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The Court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #